**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PATRICIA A. SCOTT,

        Plaintiff,

vs.                                                Case No. 3:07-cv-736-J-32JRK

KENNETH WILLIAMS,

        Defendant.

_____

**ORDER**[1]

This case is before the Court on Plaintiff's Complaint (Doc. 1) and Affidavit of Indigency (Doc. 2), which the Court construes as a motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1). Upon review of these filings, the assigned United States Magistrate Judge issued an Order (Doc. 7) questioning whether the Court had jurisdiction over this case and permitting plaintiff an opportunity to file an amended complaint. Plaintiff did not file an amended complaint but, instead, filed a two sentence response (Doc. 8) indicating that she was not sure what relief she was seeking or what law would support her claims. The United States Magistrate Judge has now issued a Report and Recommendation (Doc. 9) recommending that this case be dismissed without prejudice for lack of prosecution and failure to state

_____

[1] Under the E-Government Act of 2002, this is a written opinion and therefore is available electronically. However, it has been entered only to decide the motion or matter addressed herein and is not intended for official publication or to serve as precedent.

a claim. Plaintiff did not file any objections and the time in which to do so has now passed.

Accordingly, upon independent review of the file and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge (Doc. 9), it is hereby

**ORDERED**:

1. The Report and Recommendation (Doc. 9) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

2. Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 2) is **DENIED**.

3. Pursuant to Local Rule 3.10(a) and 28 U.S.C. § 1915(e)(2)(B)(ii), plaintiff's complaint (Doc. 1) is **DISMISSED without prejudice** for failure to prosecute and failure to state a claim. The Clerk is directed to close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 8th day of January, 2008.

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

Honorable James R. Klindt
United States Magistrate Judge

pro se plaintiff